**Order filed December 4, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00408-CV
_____

**GIOVANNY LAGUAN, Appellant**

**V.**

**R.D. PARIKH, Appellee**

**On Appeal from the County Court at Law #4**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-CCV-052722**

## ORDER

As of this date, the reporter's record has not been filed. Appellant filed a motion to extend time to file the reporter's record on September 17, 2014. It was granted until November 10, 2014. No record was filed.

On November 19, 2014, we ordered the official court reporter, Roger Adair, to file the record on or before December 19, 2014. Robin Rosen then filed an information sheet, stating that she is the only court reporter involved in this appeal but the appellant has not paid or made arrangements to pay for the record and is

not appealing as indigent. Appellant filed a second motion for extension of time to file the reporter's record. Appellant's motion states that they have made a request to the court reporter to begin transcribing the record. Appellant's motion does not state that payment arrangements have been made.

Accordingly, appellant's motion for an extension of time to file the reporter's record is denied. Unless appellant, within 15 days of the date of this order provides this court with proof of payment for the record, we will consider and decide those issues that do not require a reporter's record. *See* Tex. R. App. P. 37.3(c).

PER CURIAM